**Henry BATES, Appellant, v. John B. ADAMS et al., Appellees.**

Court of Appeals of Kentucky.

March 7, 1947.

Emmett G. Fields and Napier & Napier for appellant.

Clark Pratt for appellees.

PER CURIAM.

Appeal denied. Judgment affirmed.

**John GREGORY, Appellant, v. John S. DEERING, Appellee.**

Court of Appeals of Kentucky.

March 18, 1947.

Elwood Rosenbaum and C. X. Johnson for appellant.

John C. Watts and John S. Deering for appellee.

PER CURIAM.

The appeal is denied and the judgment is affirmed.